Opinion by HARALSON, J.

---

## Ahlrichs v. The State.

APPEAL from the Circuit Court of Cullman.
Tried before the Hon. H. C. SPEAKE.

T. M. WILHITE, for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for an assault with a stick. The judgment of conviction is affirmed.

Opinion by TYSON, J.